IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL WILLIAMS-BEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 15-0176-CG-N ) |
| BRIAN S. HOLLINGHEAD, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 1st day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE